IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CHRISTOPHER LYNN and COURTNEY LYNN,** On behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ONEMAIN FINANCIAL GROUP, LLC,**<br><br>Defendant. | 1:20-cv-00823-SEB-DLP<br><br>Judge Barker<br>Magistrate Judge Pryor |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 7/16/2020
>
> *s/ Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal ***with*** prejudice of the above-captioned action in its entirety and with each party to bear their own fees and costs.

**Date:**   July 13, 2020

| For Plaintiffs,<br>Christopher Lynn and Courtney Lynn | For Defendant,<br>Onemain Financial Group, LLC |
|---|---|
| s/ David M. Marco<br>SMITHMARCO, P.C.<br>55 W. Monroe Street, Suite 1200<br>Chicago, IL 60603<br>**Telephone:** (312) 546-6539<br>**Facsimile:** (888) 418-1277<br>**E-mail:** dmarco@smithmarco.com | s/ Daniel J.T. McKenna<br>Ballard Spahr Andrews & Ingersoll, LLP.<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>**Telephone:** (215) 864-8321<br>**Facsimile:** (215) 864-8999<br>**E-mail:** mckennad@ballardspahr.com |